JUDGE BRIAN M. COGAN
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

September 14, 2016

RECEIVED
HON. Brian M. Cogan

SEP 1 5 2016

Re:     Richmond - Craig - 16-cv-3628-BMC

DOCKET & FILE   16 mc 2014

Dear Mr. Cogan:

I am writing you personally as you seem to have a predisposition that has never been supported by anything except your actions and findings in wild opposition to your bosses, the Second Circuit,  and their bosses, the Supreme Court, that include ridiculous contrary findings depending on your whim, wild innuendo, avoidances, accusations and outright puffery.

The result of that puffery is that you have harmed me personally by restricting my god given right to have the liberty to file cases in court to seek redress of grievances according to the wishes of our founding fathers.

Rest assured the wishes of our founding fathers will, as they eventually must, rise to the top of any issue tainted by such judicial malfeasance, no matter the cost.

That being said, please note that in the letter to this court dated September 8, 2016, Glenn P. Warmuth noted that Varuni Nelson, on behalf of Chief Bankruptcy Judge Carla Craig, put forth that Judge Carla Craig would not participate in appeal of the dismissal of a writ of prohibition against her.

That is as it must be, as, in order to participate, the judge must sign a sworn affidavit regarding the writ of prohibition.  Since Judge Craig clearly sees that signing such an affidavit is dangerous and that the writ of prohibition has merit, it must not be frivolous.

I ask you, at this stage and before things get worse, to lift the stay you have imposed against me as Judge Craig has, by her actions, indicated that my actions are not frivolous.

Sincerely,

Eric Richmond, sui juris.
2107 Regent Place
Brooklyn, NY  11226
gowanusx@gmail.com
646 256 9613

Judge Brian Cogan